# UNITED STATES BANKRUPTCY COURT
# TRANSMITTAL SHEET TO UNITED STATES DISTRICT COURT

Transmitted by: Laurie Arter   Phone Number: 301–344–3327   Date: 1/11/24

*BANKRUPTCY MATTER (answer only one):*

- ☒ 1. Appeal      ☐ Cross Appeal (if applicable)   Appellant's Designation of Record included:   ☐ yes   ☒ no
    - ☐ Initial Transmittal
    - ☒ Transmittal of Record on Appeal (USDC Case No. 8:23–cv–03511–DLB)
    - ☐ Supplemental Transmittal (reason: )
- ☐ 2. Motion/Request for Direct Appeal to 4th Circuit USCA
- ☐ 3. Motion for Leave to Appeal (Interlocutory Appeal)
- ☐ 4. Motion for Withdrawal of Reference
- ☐ 5. Findings of Fact and Conclusions of Law (No Objections)
- ☐ 6. Findings of Fact and Conclusions of Law with Objection
- ☐ 7. Contempt
- ☐ 8. Other:

*RELATED CASE INFORMATION (answer all):*

1. Bankruptcy Case Number: 15–26033   Chapter: 7
2. Adversary Proceeding Number (if applicable): n/a
3. U.S. Bankruptcy Judge: Maria Ellena Chavez–Ruark
4. Related U.S. District Court Civil Action Number (if applicable): 17cv01218PX; 17cv01239PX; 17cv02537PX; 17cv02781PX; 17cv03396PX; 17cv03846PX; 17cv03847PX; 18cv03783PX; 18cv01417PX; 18cv01630PX; 18cv02536PX; 18cv00336PX; 18cv02144PX; 19cv00245PX; 19cv03677PX19cv00637PX; 20cv01261PX; 21cv01184GJH; 21cv01185GJH; 21cv01186GJH; 22cv00778GJH
5. Fee Paid:   ☒ yes   ☐ no
6. Additional comments: Filing fee paid 1/10/24, Receipt Number 22000375. Fee Amount $298.00

*PARTY INFORMATION (answer all):*

1. Debtor: Gregory B Myers
2. Trustee (if applicable): Roger Schlossberg

Appellant/Movant: Gregory B. Myers

Appellant/Movant's Counsel: pro se

Appellee/Respondent: Brian King, Cristina King, The Cristina and Brian King Childrens Trust, Roger Schlossberg, Trustee

Appellee/Respondent's Counsel: Frank Maestro for Trustee Roger Schlossberg

transmdc (07/28/2015) – *LaurieArter*