## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND USDC- GREENBELT
### (Greenbelt)

'24 OCT 30 PM2:02

GREGORY MYERS,

    Appellant,

Case 8:23-cv-03511-DLB

v.

**HD**

Rcv'd by: _ℓM._

ROGER SCHLOSSBERG, Chapter 7 Trustee of
the Bankruptcy Estate of Gregory B. Myers, *et al.*,

    Appellees.

_____/

### NOTICE OF DISMISSAL

Appellant, GREGORY B. MYERS, hereby dismisses this appeal without

prejudice to the rights of any party in any proceeding in the Bankruptcy Court or any

other court.

**RESPECTFULLY SUBMITTED** on this 30th day of October 2024.

Approved. The Clerk shall close this case.

10/30/24    _____
        Deborah L. Boardman
        U.S. District Judge

_____
Gregory B. Myers, *pro se*
700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-2312
*gregbmyers@verizon.net*

1